# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CHARLES PRATT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | 4:15-CV-00888-LSC-JEO |
| ) | |
| JEFFERSON S. DUNN, Commissioner of ) | |
| the Alabama Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus case filed, through counsel, by Charles Pratt, an Alabama state prisoner, pursuant to 28 U.S.C. § 2254. (Doc. 1). Pratt's petition seeks relief under *Miller v. Alabama*, 132 S. Ct. 2455 (2012), and *Montgomery v. Louisiana*, 135 S. Ct. 1546 (2015), arguing that his constitutional rights were violated because he was sentenced to life imprisonment without the possibility of parole for a homicide committed before age 18, without being given an individualized sentencing hearing to determine if he should be eligible for parole. (Doc. 1). Pratt's counsel, however, has now informed the court that Pratt died on February 18, 2016. (Doc. 7). That renders this habeas action moot. *See Bruno v. Secretary, Fla. DOC*, 700 F.3d 445 (11th Cir. 2012). A separate final order of dismissal will be entered.

Done this 12th day of <u>April 2016</u>.

_____
L. Scott Coogler
United States District Judge
[160704]